UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Cohn Lifland Pearlman Herrmann & Knopf LLP
Attorneys for Secured Creditor   TD Bank, N.A.
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
JH5706
(201)845-9600
Our File:  36,850-53

In Re:

WILLIAM E. BROVERO,

Debtor.

Case No.:       09-29303(DHS)

Hearing Date:   November 10, 2009

Judge:          Donald H. Steckroth

Chapter:              7

Recommended Local Form:     ☑ Followed     ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of _____secured creditor TD Bank, N.A._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real property more fully described as:




☑   Personal property more fully described as:

Business assets of William Brovero t/a Fresh Air Systems


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*